**ROCKARD J. DELGADILLO,** City Attorney (SBN (125465X)
**TAYO A. POPOOLA**, Deputy City Attorney (SBN 134564)
**STEVEN N. BLAU,** Deputy City Attorney (SBN  150723)
200 North Main Street
700 City Hall East
Los Angeles, California  90012
Telephone Number (213.978.8244
Fax Number 213.978.8214
E-Mail: Steve.Blau@lacity.org
Attorneys for Defendant and Counter-claimant
CITY OF LOS ANGELES

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA OUTDOOR ADVERTISING, INC., a California corporation,<br><br>        Plaintiff,<br>  vs.<br>CITY OF LOS ANGELES, a California municipal corporation and DOE 1 through DOE 10, inclusive,<br><br>        Defendants<br>_____<br><br>CITY OF LOS ANGELES, a California charter city,<br>        Counter-Claimant<br>  vs.<br><br>LA OUTDOOR ADVERTISING, INC., a California corporation; and VALLEY OUTDOOR, INC., a California corporation<br>        Counter-Defendants<br><br>_____ | Case No.: SACV 07-1398 AHS (MLGx)<br><br>[Assigned to the Honorable Alicemarie H. Stotler, Courtroom 10-A]<br><br>**JUDGMENT** |

The motion of defendant City of Los Angeles ("City"), for Summary Judgment, Or In the Alternative, Order Specifying Material Facts That Appear Without Substantial Controversy, regarding the Second Amended Complaint ("SAC") filed October 13, 2009, by plaintiffs LA Outdoor Advertising, Inc. ("LA Outdoor") and Valley Outdoor, Inc. ("Valley Outdoor") against the City came on regularly for hearing at 10:00 a.m. on July 12, 2010, in Courtroom 10-A, Alicemarie H. Stotler, United States District Court Judge, presiding.

The Court, having granted defendant's Motion for Summary Judgment, directs the Clerk to enter this judgment in favor of defendant City and against plaintiffs LA Outdoor and Valley Outdoor.

The Court declines to exercise supplemental jurisdiction over defendant's counterclaims because all claims over which the Court had original jurisdiction have been dismissed.  *See* 28 U.S.C. 1367(c)(3).  The counterclaims are dismissed without prejudice.

The parties shall bear their own costs and fees.

Date:  July 19, 2010.

                ALICEMARIE H. STOTLER
                Alicemarie H. Stotler
                United States District Court Judge